IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN BLOOMFIELD<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC. and<br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION<br>　　　　　Defendants | STIPULATION FOR<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE<br><br><br><br>CIVIL ACTION NO.: CV11-4616 |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), by and between the undersigned counsel for the parties herein that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, it is hereby stipulated that the above entitled action is hereby discontinued, with prejudice. The parties request that the Clerk of the Court now close this case.

Dated: January 24, 2013

_____
Law Offices of Jaime Lathrop, P.C.
By: Jaime Lathrop, Esq.
Attorneys for Plaintiff
641 Presidential Street, Suite 202
Brooklyn, New York 11215
(718) 857-3663

_____
Lemery Greisler LLC
By: Mary C. Kenney, Esq.
Attorneys for Defendants
50 Beaver Street, Second Floor
Albany, New York 12207
(518) 433-8800

SO ORDERED

s/WFK

_____
HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: March 4, 2013
Brooklyn, New York